1 ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
2 MICHELLE LO (NYRN 4325163)
Chief, Civil Division
3 ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorney
4
    450 Golden Gate Avenue, Box 36055
5   San Francisco, California 94102-3495
    Telephone: (415) 436-7298
6   Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov
7
Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11

12 XUEJING TIAN, *et al*.,
                                        C 3:23-cv-05935 LJC
13                  Plaintiffs,

14      v.                              **STIPULATION TO STAY PROCEEDINGS;
                                        ORDER**
15 ALEJANDRO MAYORKAS, Secretary,
   Department of Homeland Security, *et al*.,
16
                    Defendants.
17

18      The parties, through their attorneys, hereby stipulate and respectfully request the Court to stay

19 proceedings in this case for a limited time, until July 3, 2024. The parties make this joint request because

20 they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

21      1.      Plaintiffs filed this mandamus action seeking adjudication of their Forms I-589,

22 Application for Asylum and Withholding of Removal.  United States Citizenship and Immigration

23 Services ("USCIS") scheduled an interview for March 5, 2024.  USCIS will work diligently towards

24 completing adjudication of the I-589 applications, absent the need for further adjudicative action or

25 unforeseen circumstances that would require additional time for adjudication.

26      2.      Plaintiffs agree to submit all supplemental documents and evidence to USCIS seven to

27 ten days prior to the agreed upon scheduled interview. Plaintiff recognizes that failure to submit these

28

Stip to Stay Proceedings
C 3:23-cv-05935 LJC                              1

1  documents seven to ten days prior to the interview may result in the interview being rescheduled at no

2  fault of USCIS.

3      3.      If needed by Plaintiffs or their dependent(s), Plaintiffs shall bring their own interpreter to

4  their asylum interview. *See* https://www.uscis.gov/newsroom/alerts/affirmative-asylum-applicants-must-

5  provide-interpreters-starting-sept-13.  Plaintiffs recognize that failure to bring an interpreter to their

6  interview may result in the interview being rescheduled at no fault of USCIS.

7      4.      Upon receipt of the Asylum Office's decision, Plaintiffs agree to voluntarily dismiss the

8  case.

9      5.      The parties agree to bear their own litigation costs and attorney fees.

10      Accordingly, the parties stipulate and request that the proceedings in this case be stayed until

11  July 3, 2024, at which time the parties will file a joint status report with the Court.  At that time, the

12  parties may request a further continuance of the stay of proceedings, dismissal of the litigation if

13  appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this

14  case will benefit the parties and conserve the Court's resources while the parties pursue a potential

15  administrative resolution.

16  Dated: January 19, 2024                    Respectfully submitted,[1]

17                                             ISMAIL J. RAMSEY
                                               United States Attorney
18

19                                             */s/ Elizabeth D. Kurlan*
                                               ELIZABETH D. KURLAN
20                                             Assistant United States Attorney
                                               Attorneys for Defendants
21

22  Dated:  January 19, 2024

23                                             */s/ Eric J. Martin*
                                               ERIC J. MARTIN
                                               Attorney for Plaintiffs
24

25

26

27      [1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all
    signatories listed herein concur in the filing of this document.

28

Stip to Stay Proceedings
C 3:23-cv-05935 LJC                          2

1                                          **ORDER**

2          Pursuant to stipulation, IT IS SO ORDERED.

3

4    Date: January 22, 2024

5                                                          LISA J. CISNEROS
                                                           United States Magistrate Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stip to Stay Proceedings
C 3:23-cv-05935 LJC                          3